UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT THARES, | : |
|                Plaintiff, | : Civil Action No.: 2:21-cv-17207 |
| v | : |
| NFP PROPERTY & CASUALTY SERVICES, INC. and NFP CORP., | : **STIPULATION OF DISMISSAL** |
|                Defendants. | : |

It is hereby stipulated and agreed by and between Plaintiff Scott Thares ("Plaintiff") and Defendants NFP Property & Casualty Services, Inc. and NFP Corp. ("Defendants"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiff are dismissed in their entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| STEVENSON MARINO LLP<br>445 Hamilton Avenue, Suite 1500,<br>White Plains, New York 10601<br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, New Jersey 07922<br>Attorneys for Defendants |
| By: __s/J.R. Stevenson_____<br>      J.R. Stevenson<br>      Jeff Maguire | By: _s/ Martin W. Aron_____<br>      Martin W. Aron<br>      Bianca M. Olivadoti |
| Dated: January 18, 2024 | Dated: January 18, 2024 |

4883-6752-7574, v. 1

So ORDERED on 1/19/2024:

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge